Commonwealth *v.* Beecham, Appellant.

Submitted June 9, 1970. *R. Barclay Surrick,* Assistant Public Defender, for appellant; *Vram Nedurian, Jr.,* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Bellman, Appellant.

Argued June 9, 1970. *John W. Packel* and *Harold Yaskin,* Assistant Defenders, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Deputy District Attorney, with him *David R. Scott,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.